IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**BREAKING GLASS PICTURES,**

      Plaintiff,

vs.                                        Case No. 2:13-cv-849
                                                Judge Sargus
                                                Magistrate Judge King

**JOHN DOES 1-32,**

      Defendants.

<u>ORDER</u>

      On January 26, 2015, the United States Magistrate Judge recommended that plaintiff's motion for default judgment as against defendant Cassandra Closser, ECF 30, and plaintiff's motion for default judgment as against defendant Candice Horsler, ECF 35, be granted in part and denied in part. *Report and Recommendation*, ECF 38. Although the parties were advised of their right to object to the recommendation and of the consequence of their failure to do so, there has been no objection.

      The *Report and Recommendation*, ECF 38, is **ADOPTED AND AFFIRMED**. The *Motion for Default Judgment against Defendant Cassandra Closser*, ECF 30, and the *Motion for Default Judgment against Defendant Candice Horsler*, ECF 35, are **GRANTED in part and DENIED in part**.

      Defendant Cassandra Closser and defendant Candice Horsler are **PERMANENTLY ENJOINED** from directly or indirectly infringing plaintiff's copyrighted works, including by use of the internet to reproduce, copy, distribute, or make available for distribution to the

public plaintiff's copyrighted works, unless plaintiff provides defendant with a license or express permission.

Defendant Cassandra Closser and defendant Candice Horsler are **ORDERED** to destroy all copies of plaintiff's motion picture *K-11* that these defendants have downloaded onto any computer hard drive or server without plaintiff's authorization and all copies that have been transferred onto any physical medium or device in these defendants' possession, custody, or control.

Plaintiff is **AWARDED** statutory damages as against defendant Cassandra Closser in the amount of $6,000 and attorneys' fees and costs in the total amount of $1,700.00, and plaintiff is **AWARDED** statutory damages as against defendant Candice Horsler in the amount of $6,000 and attorneys' fees and costs in the total amount of $1,700.00.

The Clerk is **DIRECTED** to enter **FINAL JUDGMENT** in this case.

          2-18-2015
-----------------------                    -----------------------
         Date                                  Edmund A. Sargus, Jr.
                                             United States District Judge