AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

Eastern Division

**BREAKING GLASS PICTURES,**

       **Plaintiff,**

       **JUDGMENT IN A CIVIL CASE**

v.

       **CASE NO.   2:13-cv-849**

**JOHN DOES 1 - 32,**       **JUDGE EDMUND A. SARGUS, JR.**
       **MAGISTRATE JUDGE NORAH MCCANN KING**

       **Defendants.**

_____    **Jury Verdict.**   This action came before the Court for a trial by jury.   The issues have been tried and the jury has rendered its verdict.

__X__    **Decision by Court.**  A decision has been rendered by the Court without a hearing or trial**.**

    **Pursuant to the ORDER filed February 19, 2015, JUDGMENT is hereby entered DISMISSING this case.**

Date:   February 19, 2015       RICHARD W. NAGEL, CLERK

       */S/ Andy F. Quisumbing*
       (By) Andy F. Quisumbing
       Courtroom Deputy Clerk